WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff John Enos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; THE STATE OF NEVADA *ex rel.* The Ninth Judicial District Court of the State of Nevada; DOE GOVERNMENTAL ENTITIES 1-10, DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50.<br><br>　　　　　Defendants. | CASE NO: 3:17-cv-00095-MMD-VPC<br><br>**STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME**<br><br>**For Plaintiff to File Opposition To Defendant State of Nevada's Motion to Dismiss (ECF 005)**<br><br>**(Second Request)** |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiff may have a three (3)-day extension of time, **through and including Friday, June 9, 2017**, to file his opposition to *Defendant State of Nevada's Motion to Dismiss* (ECF 005). This is the second request for such an extension. The current deadline to file this opposition is Tuesday, June 6, 2017. The reason Plaintiff needs additional time to file this brief is because his counsel has had a very congested calendar, his counsel's office was closed on Memorial Day, and his counsel's legal work for a wrongful-death litigation that has taken longer than his counsel originally anticipated when requesting the first extension of this filing deadline. Accordingly, Plaintiff will need a few days' additional time to file the opposition brief.

/ / /

/ / /

1

This Stipulation is not offered for any dilatory or improper purpose.

Dated this 1st day of June 2017.

ADAM PAUL LAXALT
Attorney General

*Electronic Signature Authorized*

Steve Shevorski

By: /s/
STEVE SHEVORSKI
Nevada Bar No. 8256
Head of Complex Litigation
MICHELLE DI SILVESTRO ALANIS
Nevada Bar No. 10024
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
*Attorneys for State of Nevada*
*ex rel. Ninth Judicial District Court*
*of the State of Nevada*

Dated this 1st day of June 2017.

THE GEDDES LAW FIRM, P.C.

WILLIAM J. GEDDES
Nevada Bar Number 6984
8600 Technology Way, Suite 107
Reno, Nevada 89521
(775) 853-9455
*Attorneys for Plaintiff John Enos*

## ORDER

THE COURT, having considered the preceding *Stipulation* and GOOD CAUSE appearing therefor, GRANTS the *Stipulation*. IT IS HEREBY ORDERED that Plaintiff shall have additional time, **through and including Tuesday, June 9, 2017**, to file his opposition to *Defendant State of Nevada's Motion to Dismiss* (ECF 005).

Dated: June 1, 2017

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **June 1, 2017**, I caused to be served a copy of the foregoing *Stipulation and Proposed Order for Enlargement of Time for Plaintiff to File Opposition to Defendant State of Nevada's Motion to Dismiss (ECF 005)(Second Request),* by electronic filing with the Court's Pacer e-filing system, addressed to:

Adam Paul Laxalt
Attorney General
Steve Shevorski
Nevada Bar No. 8256
Head Of Complex Litigation
Michelle Di Silvestro Alanis
Nevada Bar No. 10024
Deputy Attorney General
State of Nevada Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
Attorneys for State of Nevada
ex rel. Ninth Judicial District Court of the State of Nevada

WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.