ADAM PAUL LAXALT
Attorney General
Steven G. Shevorski (Bar No. 08256)
Head of Complex Litigation
Michelle Di Silvestro Alanis (Bar. No. 10024)
Deputy Attorney General
Katlyn M. Brady (Bar No. 14173)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
malanis@ag.nv.gov
katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*Nathan Tod Young and Michael Gibbons*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; THE STATE OF NEVADA ex. rel. NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50.<br><br>Defendants. | Case No. 3:17-cv-00095-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS YOUNG AND GIBBONS TO FILE THEIR RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Defendants, Nathan Tod Young and Michael Gibbons, by and through their counsel of record, and Plaintiff, John Enos, by and through his counsel of record, stipulate and agree that Defendants Young and Gibbons shall have additional time within which to answer or otherwise respond to Plaintiff's Second Amended Complaint (ECF No. 48) from December 21, 2017, up to and including, December 26, 2017. This is Defendants' first

request for an extension of time to file a response to Plaintiff's Second Amended Complaint. Good cause exists for the extension due to the litigation schedule of Defendants' counsel in this matter and the upcoming holidays.

DATED: December 21, 2017

ADAM PAUL LAXALT
Attorney General

By: /s/ Michelle Di Silvestro Alanis
Steven G. Shevorski (Bar No. 08256)
Head of Complex Litigation
Michelle Di Silvestro Alanis
(Bar. No. 10024)
Deputy Attorney General
Katlyn M. Brady (Bar No. 14173)
Deputy Attorney General

*Attorneys for Defendants*
*Nathan Tod Young and Michael Gibbons*

DATED: December 21, 2017

THE GEDDES LAW FIRM, P.C.

By: /s/
William J. Geddes (Bar No. 6984)
8600 Technology Way, Suite 107
Reno, NV 89521
(775) 853-9455

Raelene K. Palmer (Bar No. 8602)
GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Ave.
Las Vegas, NV 89104
(702) 892-3500

*Attorney for Plaintiff*

# ORDER

IT IS SO ORDERED.

DATED this 26th day of December, 2017.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE