1 WILLIAM J. GEDDES
Nevada Bar No. 6984
2 THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
3 Reno, Nevada 89521
Phone: (775) 853-9455
4 Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
5 *Attorneys for Plaintiff John Enos*

6 RAELENE K. PALMER
Nevada Bar No. 8602
7 GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
8 Las Vegas, Nevada 89104
Phone: (702) 892-3500
9 Fax: (702) 386-1946
Email: rpalmer@vegascase.com
10 *Attorneys for Plaintiff John Enos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual, | CASE NO: 3:17-cv-00095-MMD-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME** |
| DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; NATHAN TODD YOUNG, Judge of the Ninth Judicial District Court of Nevada; MICHAEL GIBBONS, Former Judge of the Ninth Judicial District Court of Nevada; DOE GOVERNMENTAL ENTITIES 1-10, DOE BUSINESS ENTITIES 1-10; DOE INDIVIDUALS 4-50. | **For Plaintiff to File Opposition To Defendants Young and Gibbons' Motion to Dismiss (ECF 057)**<br><br>**(First Request)** |
| Defendants. | |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiff may have a one-week extension of time, **through and including Tuesday, January 16, 2018**, to file his opposition to *Defendants Young and Gibbons' Motion to Dismiss* (ECF 057). This is the first request for such an extension. The original deadline to file this opposition is Tuesday, January 9, 2018. The reason Plaintiff needs additional time to file this brief is because his counsel will be out of

1

the office on a pre-planned vacation at the end of December 2017 through the first week in January 2018, and he will need additional time to prepare the opposition brief.  This *Stipulation* is not offered for any dilatory or improper purpose.

Dated this 28th day of December 2018.

ADAM PAUL LAXALT
Attorney General

*Electronic Signature Authorized*

Steve Shevorski

By: /s/
STEVE SHEVORSKI
Nevada Bar No. 8256
Head of Complex Litigation
MICHELLE DI SILVESTRO ALANIS
Nevada Bar No. 10024
Deputy Attorney General
KATLYN M. BRADY,
Nevada Bar No. 14173
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
*Attorneys for State of Nevada
ex rel. Ninth Judicial District Court
of the State of Nevada*

Dated this 28th day of December 2018.

THE GEDDES LAW FIRM, P.C.

WILLIAM J. GEDDES
Nevada Bar Number 6984
8600 Technology Way, Suite 107
Reno, Nevada 89521
(775) 853-9455

*Attorneys for Plaintiff John Enos*

**ORDER**

THE COURT, having considered the preceding *Stipulation* and GOOD CAUSE appearing therefor, GRANTS the *Stipulation*.  IT IS HEREBY ORDERED that Plaintiff shall have additional time, **through and including Tuesday, January 16, 2018**, to file his opposition to *Defendants Young and Gibbons' Motion to Dismiss* (ECF 057).

Dated: December 28, 2017

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **December 28, 2017**, I caused to be served a copy of the foregoing *Stipulation and Proposed Order for Enlargement of Time for Plaintiff to File Opposition to Defendants Young and Gibbons' Motion to Dismiss (ECF 057) (First Request),* by electronic filing with the Court's Pacer e-filing system, addressed to:

Katherine F. Parks, Esq.
State Bar No. 6227
THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
(775) 786—2882

*Attorneys for Defendants Douglas County, Scott Shick, and Victoria Sauer-Lamb*

Steve Shevorski, Head of Complex Litigation
Michelle Di Silvestro Alanis, Deputy Attorney General
Katlyn M. Brady, Deputy Attorney General
STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101-1068
Phone: (702) 486-3268

*Attorneys for Defendants Nathan Todd Young and Michael Gibbons*

WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.

3