WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff John Enos*

RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorneys for Plaintiff John Enos*

```
                FILED          RECEIVED
                ENTERED        SERVED ON
                         COUNSEL/PARTIES OF RECORD

                     APR 18 2019

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
           BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual, | CASE NO: 3:17-cv-00095-MMD-CBC |
| Plaintiff, | ORDER |
| vs. | SUBSTITUTION OF ATTORNEY |
| DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; THE STATE OF NEVADA ex rel. The Ninth Judicial District Court of the State of Nevada; DOE GOVERNMENTAL ENTITIES 1-10, DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50. | |
| Defendants. | |

Plaintiff John Enos hereby substitutes Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., located at 5550 Painted Mirage Road, Suite 320, Las Vegas, Nevada 89149, telephone number (702)

1

1 | 827-1660, as attorney of record in place of Gallian Welker & Beckstrom, L.C.

3 | Dated this 16TH day of April, 2019.

JOHN ENOS

5 | Gallian Welker & Beckstrom, L.C. consents to the above substitution.

GALLIAN WELKER & BECKSTROM, L.C.

9 | Dated this 16 day of April, 2019.

MICHAEL I. WELKER, ESQ.

12 | Raelene K. Palmer, Esq. and The Palmer Law Firm, P.C. accept the above substitution.

THE PALMER LAW FIRM, P.C.

16 | Dated this 16th day of April, 2019.

RAELENE K. PALMER, ESQ.

20 | Approved by:

United States Magistrate Judge

25 | Dated this 18th day of April, 2019.

2