Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
DOUGLAS COUNTY, SCOTT SHICK, AND
VICTORIA SAUER-LAMB

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>                       Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>                       Defendants. | CASE NO. 3:17-cv-00095-MMD-VPC<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |

      COME NOW Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, and Plaintiff, JOHN ENOS, by and through their attorneys of record, and hereby request that the Court extend the deadline for the parties to file dispositive motions for a period of one (1) week from Friday, **July 5, 2019 to Friday, July 12, 2019.** This one week

extension of time is being requested, in part, due to calendaring and staffing issues of defense counsel, and, in part, due to the intervening Fourth of July holiday.[1]

Based on the foregoing, the parties request that the Court extend the time to file dispositive motions for one (1) week, up to and including July 12, 2019.

| DATED this 21st day of June, 2019. | DATED this 21st day of June, 2019. |
|---|---|
| THE GEDDES LAW FIRM, P.C. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / William Geddes_____ <br> William J. Geddes, Esq. <br> Kristen Geddes, Esq. <br> 8600 Technology Way, Suite 107 <br> Reno, Nevada 89521 <br> (775) 853-9455 | By: _/ s / Katherine F. Parks_____ <br> Katherine F. Parks, Esq. <br> State Bar No. 6227 <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> (775) 786-2882 <br> kfp@thorndal.com <br> Attorneys for Defendants <br> DOUGLAS COUNTY, SCOTT SHICK, AND VICTORIA SAUER-LAMB |
| DATED this 21st day of June, 2019. <br><br> GALLIAN WELKER & BECKSTROM, LTD. <br><br> By: _/ s / Raelene K. Palmer, Esq._____ <br> Raelene K. Palmer, Esq. <br> The Palmer Last Firm <br> 5553 Painted Mirage Road, #320 <br> Las Vegas, Nevada 89149 <br> (702) 952-9533 <br> rpalmer@PLFLawyers.com <br> Attorneys for Plaintiff <br> John Enos | |

## **ORDER**

IT IS SO ORDERED.

DATED: __June 21_____, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The staffing issue referenced above includes the recent resignation of an associate attorney of Thorndal Armstrong on short notice who had been assisting lead counsel for the defense in this case.