# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; NATHAN TOD YOUNG, Judge of the Ninth Judicial District Court of the State of Nevada; MICHAEL GIBBONS, Former Judge of the Ninth Judicial District Court of Nevada; THE STATE OF NEVADA *ex rel.* Nathan Todd Young and Michael Gibbons; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>Defendants. | CASE NO. 3:17-cv-00095-MMD-VPC<br><br>ORDER RE:<br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS FOR PARTIAL SMMARY JUDGMENT [ECF No. 106 and 107]**<br><br>[First Request] |

COME NOW Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, and Plaintiff, JOHN ENOS, by and through their attorneys of record, and hereby request an extension of time for the parties to file their oppositions to the motions for partial summary judgment [ECF No. 106 and ECF No. 107] filed on July 12, 2019.

The oppositions are currently due on August 2, 2019, and the parties request a two week extension of time through and until August 16, 2019, to file their oppositions to the motions for partial summary judgment. This is the parties' first request to extend said deadline and they submit that the instant request is due to caseload and calendaring issues and not for the purpose of undue delay.

| DATED this 29th day of July, 2019. | DATED this 29th day of July, 2019. |
|---|---|
| THE GEDDES LAW FIRM, P.C. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / William Geddes_<br>William J. Geddes, Esq.<br>Kristen Geddes, Esq.<br>8600 Technology Way, Suite 107<br>Reno, Nevada 89521<br>(775) 853-9455 | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendants<br>DOUGLAS COUNTY, SCOTT SHICK, AND VICTORIA SAUER-LAMB |
| DATED this 29th day of July, 2019.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: _/ s / Raelene K. Palmer, Esq._<br>Raelene K. Palmer, Esq.<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>(702) 952-9533<br>rpalmer@plflawyers.com<br>Attorneys for Plaintiff<br>John Enos | |

**ORDER**

IT IS SO ORDERED.

DATED __July 31_____, 2019.

_____
UNITED STATES DISTRICT JUDGE