Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
DOUGLAS COUNTY, SCOTT SHICK, AND
VICTORIA SAUER-LAMB

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; NATHAN TOD YOUNG, Judge of the Ninth Judicial District Court of the State of Nevada; MICHAEL GIBBONS, Former Judge of the Ninth Judicial District Court of Nevada; THE STATE OF NEVADA *ex rel.* Nathan Todd Young and Michael Gibbons; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>                Defendants. | CASE NO. 3:17-cv-00095-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS FOR PARTIAL SMMARY JUDGMENT [ECF No. 106 and 107]**<br><br>[Second Request] |

COME NOW Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, and Plaintiff, JOHN ENOS, by and through their attorneys of record, and hereby request an extension of time for the parties to file their oppositions to the motions for partial summary judgment [ECF No. 106 and ECF No. 107] filed on July 12, 2019.

- 1 -

The oppositions are currently due on August 16, 2019, and the parties request an additional two week extension of time through and until August 30, 2019, to file their oppositions to the motions for partial summary judgment. This is the parties' second request to extend said deadline. The parties submit that this second request is not for the purpose of undue delay but is related to caseload and calendaring issues, as well as staffing issues recently experienced by the law firm for counsel for the Defendants.

| | |
|---|---|
| DATED this 12th day of August, 2019.<br><br>THE GEDDES LAW FIRM, P.C.<br><br>By: **/ s / William Geddes**<br>　　William J. Geddes, Esq.<br>　　Kristen Geddes, Esq.<br>　　8600 Technology Way, Suite 107<br>　　Reno, Nevada  89521<br>　　(775) 853-9455<br><br>DATED this 12th day of August, 2019.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: **/ s / Raelene K. Palmer, Esq.**<br>　　Raelene K. Palmer, Esq.<br>　　5550 Painted Mirage Road, Suite 320<br>　　Las Vegas, Nevada 89149<br>　　(702) 952-9533<br>　　rpalmer@plflawyers.com<br>　　Attorneys for Plaintiff<br>　　John Enos | DATED this 12th day of August, 2019.<br><br>THORNDAL ARMSTRONG DELK<br>BALKENBUSH & EISINGER<br><br>By: **/ s / Katherine F. Parks**<br>　　Katherine F. Parks, Esq.<br>　　State Bar No. 6227<br>　　6590 S. McCarran Blvd., Suite B<br>　　Reno, Nevada 89509<br>　　(775) 786-2882<br>　　kfp@thorndal.com<br>　　Attorneys for Defendants<br>　　DOUGLAS COUNTY, SCOTT SHICK, AND<br>　　VICTORIA SAUER-LAMB |

**ORDER**

IT IS SO ORDERED.

DATED August 13, 2019.

_____
DISTRICT COURT JUDGE