WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff John Enos*

RAELENE K. PALMER
Nevada Bar No. 8602
GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Phone: (702) 892-3500
Fax: (702) 386-1946
Email: rpalmer@vegascase.com
*Attorneys for Plaintiff John Enos*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual, | CASE NO: 3:17-cv-00095-MMD-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME (By Two Business Days) TO FILE OPPOSITION TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; *et al*. | **[ECF 106 and 107]** |
| Defendants. | (Third Request) |

COMES NOW Plaintiff JOHN ENOS and Defendants DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request a 2-business-day enlargement of time for the parties to file their oppositions to the motions for partial summary judgment (ECF Nos. 106 and 107), filed on July 12, 2019. These oppositions are currently due on Friday, August 30, 2019, and the parties request an additional two business days, **through and including Tuesday, September 3, 2019**, to file their oppositions to the motions for partial summary judgment. This is the parties' third request to extend this deadline. The parties submit

1

that this third request is not for the purpose of undue delay, but arises because Plaintiff's Counsel Kristen Geddes, who is preparing the opposition brief for Plaintiff John Enos, is physically ill today, Thursday, August 29, 2019, and she is absent from work and, thus, will not be able to complete Plaintiff's opposition brief by tomorrow.  Further, it is not known whether Ms. Geddes' illness will persist through Friday, August 30, 2019.  Accordingly, the Parties request two additional business days to file these opposition briefs.

Dated this 29th day of August 2019.

THE GEDDES LAW FIRM, P.C.

By: _____
WILLIAM J. GEDDES
Nevada Bar Number 6984
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
*Attorneys for Plaintiff John Enos*

Dated this 29th day of August 2019.

THORNDAL ARMSTRONG DELK BALENBUSH & EISINGER

*Electronic Signature Authorized*

By: /s/
_____
Katherine F. Parks, Esq.
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
Phone: (775) 786—2882
*Attorneys for Defendants Douglas County and Scott Shick*

## II.
## ORDER

IT IS SO ORDERED.

Dated: August 29, 2019

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **August 29, 2019**, I caused to be served a copy of the foregoing *Stipulation and [Proposed] Order to Enlarge Time (By Two Business Days) To File Opposition to Motions For Partial Summary Judgment [ECF 106 and 107]* by electronic filing with the Court's PACER e-filing system, addressed to:

Katherine F. Parks, Esq.
THORNDAL ARMSTRONG DELK BALENBUSH & EISINGER
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
Phone: (775) 786—2882
*Attorneys for Defendants Douglas County, Scott Shick, and Victoria Sauer-Lamb*

_____
WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.