1 WILLIAM J. GEDDES
Nevada Bar No. 6984
2 KRISTEN R. GEDDES
Nevada Bar No. 9027
3 THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
4 Reno, Nevada 89521
Phone: (775) 853-9455
5 Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
6 *Attorneys for Plaintiff John Enos*

7 RAELENE K. PALMER
Nevada Bar No. 8602
8 GALLIAN WELKER & BECKSTROM, L.C.
540 E. St. Louis Avenue
9 Las Vegas, Nevada 89104
Phone: (702) 892-3500
10 Fax: (702) 386-1946
Email: rpalmer@vegascase.com
11 *Attorneys for Plaintiff John Enos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual, | CASE NO: 3:17-cv-00095-MMD-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE REPLY TO OPPOSITIONS TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT [ECF 106 and 107]** |
| DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; *et al*. | |
| Defendants. | (First Request) |

COMES NOW Plaintiff JOHN ENOS and Defendants DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request a 2-week enlargement of time for the parties to file their replies to the oppositions to motions for partial summary judgment (ECF Nos. 106 and 107), filed on September 3, 2019. These replies are currently due on Tuesday, September 17, 2019, and the parties request an additional two weeks, **through and including Tuesday, October 1, 2019**, to file their reply briefs. This is the parties' first request to extend this deadline. The parties submit that this request is not for the purpose of undue

1

delay, but arises from caseload and calendaring issues. Accordingly, the Parties request an additional two weeks to file these reply briefs.

Dated this 10th day of September 2019.

THE GEDDES LAW FIRM, P.C.

By: _____
KRISTEN R. GEDDES
Nevada Bar Number 9027
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
*Attorneys for Plaintiff John Enos*

Dated this 10th day of August 2019.

THORNDAL ARMSTRONG DELK BALENBUSH & EISINGER

*Electronic Signature Authorized*

By: /s/ _____
Katherine F. Parks, Esq.
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
Phone: (775) 786—2882
*Attorneys for Defendants Douglas County and Scott Shick*

## II.
## ORDER

IT IS SO ORDERED.

Dated: September 10, 2019

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **September 10, 2019**, I caused to be served a copy of the foregoing *Stipulation and [Proposed] Order to Enlarge Time To File Replies to the Oppositions Motions For Partial Summary Judgment [ECF 106 and 107]* by electronic filing with the Court's PACER e-filing system, addressed to:

Katherine F. Parks, Esq.
THORNDAL ARMSTRONG DELK BALENBUSH & EISINGER
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
Phone: (775) 786-2882
*Attorneys for Defendants Douglas County, Scott Shick, and Victoria Sauer-Lamb*

_____
KRISTEN R. GEDDES
An employee of the Geddes Law Firm, P.C.