1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  Attorneys for Defendants
   DOUGLAS COUNTY, SCOTT SHICK, AND
6  VICTORIA SAUER-LAMB

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; NATHAN TOD YOUNG, Judge of the Ninth Judicial District Court of the State of Nevada; MICHAEL GIBBONS, Former Judge of the Ninth Judicial District Court of Nevada; THE STATE OF NEVADA *ex rel.* Nathan Todd Young and Michael Gibbons; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>Defendants. | CASE NO. 3:17-cv-00095-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITIONS TO MOTIONS FOR PARTIAL SMMARY JUDGMENT [ECF Nos. 114 and 115]**<br><br>[Second Request] |

COME NOW Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, and Plaintiff, JOHN ENOS, by and through their attorneys of record, and hereby request an extension of time for the parties to file their replies to oppositions to the motions for partial summary judgment [ECF Nos. 114 and 115].

- 1 -

The oppositions are currently due on October 1, 2019, and the parties request an additional two week extension of time through and until October 15, 2019, to file their replies to oppositions to the motions for partial summary judgment.  This is the parties' second request to extend said deadline.  The parties submit that this second request is not for the purpose of undue delay but is related to caseload and calendaring issues, staffing issues recently experienced by the law firm for counsel for the Defendants, and out of State travel for defense counsel.

| DATED this 23rd day of September, 2019.<br><br>THE GEDDES LAW FIRM, P.C.<br><br>By: **/ s / William Geddes**<br>    William J. Geddes, Esq.<br>    Kristen Geddes, Esq.<br>    8600 Technology Way, Suite 107<br>    Reno, Nevada  89521<br>    (775) 853-9455<br><br>DATED this 23rd day of September, 2019.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By:  **/ s / Raelene K. Palmer, Esq.**<br>    Raelene K. Palmer, Esq.<br>    5550 Painted Mirage Road, Suite 320<br>    Las Vegas, Nevada 89149<br>    (702) 952-9533<br>    rpalmer@plflawyers.com<br>    Attorneys for Plaintiff<br>    John Enos | DATED this 23rd day of September, 2019.<br><br>THORNDAL ARMSTRONG DELK<br>BALKENBUSH & EISINGER<br><br>By: **/ s / Katherine F. Parks**<br>    Katherine F. Parks, Esq.<br>    State Bar No. 6227<br>    6590 S. McCarran Blvd., Suite B<br>    Reno, Nevada 89509<br>    (775) 786-2882<br>    kfp@thorndal.com<br>    Attorneys for Defendants<br>    DOUGLAS COUNTY, SCOTT SHICK, AND<br>    VICTORIA SAUER-LAMB |
|---|---|

**ORDER**

IT IS SO ORDERED.

DATED  September 23 , 2019.

_____
DISTRICT COURT JUDGE

- 2 -