UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; NATHAN TOD YOUNG, Judge of the Ninth Judicial District Court of the State of Nevada; MICHAEL GIBBONS, Former Judge of the Ninth Judicial District Court of Nevada; THE STATE OF NEVADA *ex rel.* Nathan Todd Young and Michael Gibbons; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>　　　　　　　　　　Defendants. | CASE NO.  3:17-cv-00095-MMD-VPC<br><br>**ORDER RE:**<br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND TIME TO FILE**<br>**REPLY TO OPPOSITIONS TO**<br>**MOTIONS FOR PARTIAL SMMARY**<br>**JUDGMENT [ECF Nos. 114 and 115]**<br><br>[Third Request] |

　　　COME NOW Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, and Plaintiff, JOHN ENOS, by and through their attorneys of record, and hereby request an extension of time for the parties to file their replies to oppositions to the motions for partial summary judgment [ECF Nos. 114 and 115].

The oppositions are currently due on October 15, 2019, and the parties request an additional one week extension of time through and until October 22, 2019, to file their replies to oppositions to the motions for partial summary judgment. This is the parties' third request to extend this deadline. The parties submit that this third request is not for the purpose of undue delay but is related to caseload and calendaring issues, staffing issues recently experienced by the law firm for counsel for the Defendants, and out of State travel for defense counsel.

| | |
|---|---|
| DATED this 9th day of October, 2019.<br><br>THE GEDDES LAW FIRM, P.C.<br><br>By: **/ s / William Geddes**<br>William J. Geddes, Esq.<br>Kristen Geddes, Esq.<br>8600 Technology Way, Suite 107<br>Reno, Nevada  89521<br>(775) 853-9455<br><br>DATED this 9th day of October, 2019.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: **/ s / Raelene K. Palmer, Esq.**<br>Raelene K. Palmer, Esq.<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>(702) 952-9533<br>rpalmer@plflawyers.com<br>Attorneys for Plaintiff<br>John Enos | DATED this 9th day of October, 2019.<br><br>THORNDAL ARMSTRONG DELK<br>BALKENBUSH & EISINGER<br><br>By: **/ s / Katherine F. Parks**<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendants<br>DOUGLAS COUNTY, SCOTT SHICK, AND<br>VICTORIA SAUER-LAMB |

**ORDER**

IT IS SO ORDERED.

DATED THIS 9th day of October 2019.

_____
MIRANDA M. DU
CHIEF DISTRICT COURT JUDGE