Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
DOUGLAS COUNTY, SCOTT SHICK, AND
VICTORIA SAUER-LAMB

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>Defendants. | CASE NO.  3:17-cv-00095-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (SECOND REQUEST)** |

COMEs NOW Plaintiff, JOHN ENOS, and Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request an additional thirty (30) days in which to file their proposed Joint Pre-Trial Order.  The proposed Joint Pretrial Order is currently due on Wednesday, May 20, 2020.   The parties are requesting an additional thirty (30) days **through and including Friday, June 19, 2020**, in which to file the proposed Joint Pretrial Order.

The parties stipulate and agree that the instant request is not made for the purpose of

- 1 -

delay and that no party will be prejudiced should the Court grant same.  The parties request the additional time set forth herein due to ongoing issues associated with the Governor's stay-at-home order related to the COVID-19 pandemic and its impact on counsels' ability to work in their respective offices and to meet and confer over the subject matter required in the Joint Pre-Trial Order.

| DATED this 14th day of May, 2020. | DATED this 14th day of May, 2020. |
|---|---|
| THE GEDDES LAW FIRM, P.C. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: / s / *William Geddes*<br>　　William J. Geddes, Esq.<br>　　Kristen Geddes, Esq.<br>　　1575 Delucchi Lane, Suite 206<br>　　Reno, Nevada  89502<br>　　(775) 853-9455<br>　　will@thegeddeslawfirm.com<br>　　Kristen@thegeddeslawfirm.com | By: / s / *Katherine F. Parks*<br>　　Katherine F. Parks, Esq.<br>　　State Bar No. 6227<br>　　6590 S. McCarran Blvd., Suite B<br>　　Reno, Nevada 89509<br>　　(775) 786-2882<br>　　kfp@thorndal.com<br>　　Attorneys for Defendants<br>　　DOUGLAS COUNTY, SCOTT SHICK, AND VICTORIA SAUER-LAMB |
| DATED this 14th day of May, 2020.<br>THE PALMER LAW FIRM, P.C.<br>By: / s / *Raelene K. Palmer, Esq.*<br>　　Raelene K. Palmer, Esq.<br>　　5550 Painted Mirage Road, #320<br>　　Las Vegas, Nevada 89149<br>　　(702) 952-9533<br>　　rpalmer@plflawyers.com<br>　　Attorneys for Plaintiff<br>　　John Enos | |

**ORDER**

IT IS SO ORDERED.

DATED __May 14_____, 2020.

_____
DISTRICT COURT JUDGE

- 2 -