1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  Attorneys for Defendants
   DOUGLAS COUNTY, SCOTT SHICK, AND
6  VICTORIA SAUER-LAMB

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JOHN ENOS, an individual, | |
|---|---|
| Plaintiff, | CASE NO. 3:17-cv-00095-MMD-CLB |
| vs. | |
| DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (THIRD REQUEST)** |
| Defendants. | |

COMES NOW Plaintiff, JOHN ENOS, and Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request an additional sixty (60) days in which to file their proposed Joint Pre-Trial Order. The proposed Joint Pretrial Order is currently due on Friday, June 19, 2020. The parties are requesting an additional sixty (60) days **through and including Thursday, August 20, 2020**, in which to file the proposed Joint Pretrial Order.

The parties stipulate and agree that the instant request is not made for the purpose of

- 1 -

delay and that no party will be prejudiced should the Court grant same. The parties request the additional time set forth herein due to ongoing issues associated with the COVID-19 pandemic and its impact on counsels' ability to work in their respective offices and to meet and confer over the subject matter required in the Joint Pre-Trial Order.

In addition, the parties are pursuing settlement negotiations and wish to avoid the costs and attorneys' fees associated with preparation of the Joint Pre-Trial Order while attempting to resolve the case through settlement.

| | |
|---|---|
| DATED this 11th day of June, 2020.<br><br>THE GEDDES LAW FIRM, P.C.<br><br>By: _/ s / William Geddes_____<br>   William J. Geddes, Esq.<br>   Kristen Geddes, Esq.<br>   1575 Delucchi Lane, Suite 206<br>   Reno, Nevada 89502<br>   (775) 853-9455<br>   will@thegeddeslawfirm.com<br>   Kristen@thegeddeslawfirm.com<br><br>DATED this 11th day of June, 2020.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: _/ s / Raelene K. Palmer, Esq._____<br>   Raelene K. Palmer, Esq.<br>   5550 Painted Mirage Road, #320<br>   Las Vegas, Nevada 89149<br>   (702) 952-9533<br>   rpalmer@plflawyers.com<br>   Attorneys for Plaintiff<br>   John Enos | DATED this 11th day of June, 2020.<br><br>THORNDAL ARMSTRONG DELK<br>BALKENBUSH & EISINGER<br><br>By: _/ s / Katherine F. Parks _____<br>   Katherine F. Parks, Esq.<br>   State Bar No. 6227<br>   6590 S. McCarran Blvd., Suite B<br>   Reno, Nevada 89509<br>   (775) 786-2882<br>   kfp@thorndal.com<br>   Attorneys for Defendants<br>   DOUGLAS COUNTY, SCOTT SHICK, AND<br>   VICTORIA SAUER-LAMB |

**ORDER**

IT IS SO ORDERED.

DATED __June 11_____, 2020.

_____
DISTRICT COURT JUDGE

- 2 -