1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
   Attorneys for Defendants
5  DOUGLAS COUNTY, SCOTT SHICK, AND
6  VICTORIA SAUER-LAMB

7              **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF NEVADA**

9

10  JOHN ENOS, an individual,

                                              CASE NO.  3:17-cv-00095-MMD-CLB
11                              Plaintiff,

12  vs.

13                                            **STIPULATION AND ORDER TO**
                                              **EXTEND TIME TO FILE**
14  DOUGLAS COUNTY, a political subdivision of **PROPOSED JOINT PRETRIAL**
    the State of Nevada; SCOTT SHICK, Chief    **ORDER (FOURTH REQUEST)**
15  Juvenile Probation Officer of the Juvenile Probation
    Department; VICTORIA SAUER-LAMB,
16  Supervisor of the Juvenile Probation Department;
    DOE GOVERNMENTAL ENTITIES 1-10; DOE
17  BUSINESS ENTITIES 1-10; and DOE
    INDIVIDUALS 4-50,
18
19                              Defendants.

20

21       COMES NOW Plaintiff, JOHN ENOS, and Defendants, DOUGLAS COUNTY, SCOTT

22  SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record,

23  and hereby request an additional sixty (60) days in which to file their proposed Joint Pre-Trial

24  Order.  The proposed Joint Pretrial Order is currently due on Thursday, August 20, 2020.   The

25  parties are requesting an additional sixty (60) days **through and including Monday, October**

26

27  **19, 2020**, in which to file the proposed Joint Pretrial Order.

28       The parties stipulate and agree that the instant request is not made for the purpose of

                                    - 1 -

delay and that no party will be prejudiced should the Court grant same.  The parties are pursuing

settlement negotiations and wish to avoid the costs and attorneys' fees associated with

preparation of the Joint Pre-Trial Order.  There are numerous parties and/or insurance carriers

involved in the settlement negotiations in this case and Board approval of any settlement will

likely be necessary.  These issues have led to this further request for extension of time for the

parties to submit their Joint Pre-Trial Order.

| | |
|---|---|
| DATED this 17TH day of August, 2020. | DATED this 17th day of August, 2020. |
| THE GEDDES LAW FIRM, P.C. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **William Geddes**_____<br>   William J. Geddes, Esq.<br>   Kristen Geddes, Esq.<br>   1575 Delucchi Lane, Suite 206<br>   Reno, Nevada  89502<br>   (775) 853-9455<br>   will@thegeddeslawfirm.com<br>   Kristen@thegeddeslawfirm.com | By: _/ s / **Katherine F. Parks**_____<br>   Katherine F. Parks, Esq.<br>   State Bar No. 6227<br>   6590 S. McCarran Blvd., Suite B<br>   Reno, Nevada 89509<br>   (775) 786-2882<br>   kfp@thorndal.com<br>   Attorneys for Defendants<br>   DOUGLAS COUNTY, SCOTT SHICK, AND<br>   VICTORIA SAUER-LAMB |
| DATED this 17th day of August, 2020.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: _/ s / **Raelene K. Palmer, Esq.**_____<br>   Raelene K. Palmer, Esq.<br>   5550 Painted Mirage Road, #320<br>   Las Vegas, Nevada 89149<br>   (702) 952-9533<br>   rpalmer@plflawyers.com<br>   Attorneys for Plaintiff<br>   John Enos | |

**ORDER**

   IT IS SO ORDERED.

   DATED __August 17_____, 2020.

   _____
   DISTRICT COURT JUDGE