Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
DOUGLAS COUNTY, SCOTT SHICK, AND
VICTORIA SAUER-LAMB

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>                        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; VICTORIA SAUER-LAMB, Supervisor of the Juvenile Probation Department; DOE GOVERNMENTAL ENTITIES 1-10; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 4-50,<br><br>                        Defendants. | CASE NO. 3:17-cv-00095-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER (FIFTH REQUEST)** |

      COMES NOW Plaintiff, JOHN ENOS, and Defendants, DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request an additional thirty (30) days in which to file their proposed Joint Pre-Trial Order. The proposed Joint Pretrial Order is currently due on Monday, October 19, 2020. The parties are requesting an additional thirty (30) days **through and including Wednesday, November 18, 2020**, in which to file the proposed Joint Pretrial Order.

      The parties stipulate and agree that the instant request is not made for the purpose of

- 1 -

delay and that no party will be prejudiced should the Court grant same.  This fifth request for extension of time is made at the request of counsel for the Defendants who has been away from her office for an extended period of time due to a parent's terminal illness.  Counsel for the Defendants thanks Plaintiff's counsel for their professional courtesy during this time and the Court for its consideration of this additional extension request.  Notwithstanding this request for extension of time to file the Joint Pre-Trial Order, the parties would propose that this matter be set down on the Court's trial calendar in the Court's discretion.

| | |
|---|---|
| DATED this 9th day of October, 2020.<br><br>THE GEDDES LAW FIRM, P.C.<br><br>By: __/ s / William Geddes_____<br>    William J. Geddes, Esq.<br>    Kristen Geddes, Esq.<br>    1575 Delucchi Lane, Suite 206<br>    Reno, Nevada  89502<br>    (775) 853-9455<br>    will@thegeddeslawfirm.com<br>    Kristen@thegeddeslawfirm.com<br><br>DATED this 9th day of October, 2020.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: __/ s / Raelene K. Palmer, Esq._____<br>    Raelene K. Palmer, Esq.<br>    5550 Painted Mirage Road, #320<br>    Las Vegas, Nevada 89149<br>    (702) 952-9533<br>    rpalmer@plflawyers.com<br>    Attorneys for Plaintiff<br>    John Enos | DATED this 9th day of October, 2020.<br><br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By: __/ s / Katherine F. Parks _____<br>    Katherine F. Parks, Esq.<br>    State Bar No. 6227<br>    6590 S. McCarran Blvd., Suite B<br>    Reno, Nevada 89509<br>    (775) 786-2882<br>    kfp@thorndal.com<br>    Attorneys for Defendants<br>    DOUGLAS COUNTY, SCOTT SHICK, AND VICTORIA SAUER-LAMB |

**ORDER**

IT IS SO ORDERED.

DATED __October 9_____, 2020.

_____
DISTRICT COURT JUDGE

- 2 -