WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff John Enos*

RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com.com
*Attorneys for Plaintiff John Enos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; *et al*.<br><br>　　　　　Defendants. | CASE NO: 3:17-cv-00095-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>(Sixth Request) |

COMES NOW Plaintiff JOHN ENOS and Defendants DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request a 14-day enlargement of time for the parties to file their proposed Joint Pretrial Order (JPTO). The proposed JPTO is currently due on Wednesday, November 18, 2020.

At this time, the parties believe that a final, brief extension of time of 14 days is necessary to finalize and submit the proposed JPTO. The parties have continued to engage in intensive settlement negotiations until very recently in an effort to resolve this matter but have been unable to do so.

1

Consequently, the parties have been preparing the draft JPTO and expect to finalize and submit the draft JPTO to the Court on or before **December 2, 2020**.

This is the parties' sixth request to extend this deadline, and the parties submit that this request is not for the purpose of undue delay.

Dated this 13th day of November 2019.

THE GEDDES LAW FIRM, P.C.

By: _____
KRISTEN R. GEDDES
Nevada Bar Number 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
*Attorneys for Plaintiff John Enos*

Dated this 13th day of November 2020.

THORNDAL ARMSTRONG DELK
BALENBUSH & EISINGER

*Electronic Signature Authorized*

/s/
By: _____
Katherine F. Parks, Esq.
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
Phone: (775) 786—2882
*Attorneys for Defendants*

## II.
## ORDER

IT IS SO ORDERED.

Dated:  November 16, 2020

_____
UNITED STATES DISTRICT JUDGE

2