WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff John Enos*

RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com.com
*Attorneys for Plaintiff John Enos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ENOS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nevada; SCOTT SHICK, Chief Juvenile Probation Officer of the Juvenile Probation Department; *et al*.<br><br>  Defendants. | CASE NO: 3:17-cv-00095-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>(Eighth Request) |

COMES NOW Plaintiff JOHN ENOS and Defendants DOUGLAS COUNTY, SCOTT SHICK, and VICTORIA SAUER-LAMB, by and through their undersigned attorneys of record, and hereby request a 16-day enlargement of time for the parties to file their proposed Joint Pretrial Order (JPTO). The proposed JPTO is currently due on Wednesday, December 23, 2020.

The parties are continuing to prepare the JPTO in this matter. The parties have exchanged additional drafts of their respective proposed pre-trial orders and are continuing to confer on the stipulations and other matters. The parties believe that an additional brief extension is required;

1

however, with the upcoming Christmas and New Year's holidays, the parties request time beyond the New Year's holiday in order to accommodate the intervening holidays. The parties represent to the Court that they take seriously the obligation to arrive at stipulations concerning, issues of fact, law and exhibits, and the parties require additional time to meet and confer on these issues in order to do so. Consequently, the parties request an additional extension of time, up to and including **Friday, January 8, 2020**.

This is the parties' eighth request to extend this deadline, and the parties submit that this request is not for the purpose of undue delay.

Dated this 18th day of December 2020.

THE GEDDES LAW FIRM, P.C.

By: _____
KRISTEN R. GEDDES
Nevada Bar Number 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
*Attorneys for Plaintiff John Enos*

Dated this 18th day of December 2020.

THORNDAL ARMSTRONG DELK
BALENBUSH & EISINGER

*Electronic Signature Authorized*

By: /s/ _____
Katherine F. Parks, Esq.
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
Phone: (775) 786—2882
*Attorneys for Defendants*

## II.
## ORDER

IT IS SO ORDERED.

Dated: December 18, 2020

_____
UNITED STATES DISTRICT JUDGE

2